UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BOARD OF TRUSTEES OF THE UNITED UNION      JUDGMENT
OF ROOFERS, WATERPROOFERS & ALLIED     06-CV- 4854 (SLT)
WORKERS LOCAL UNION NO. 8 W.B.P. & A.
FUNDS,

                       Plaintiffs,

     -against-

DITMARS ROOFING & SHEETMETAL
CONTRACTORS, INC.,

                       Defendant.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 17, 2008, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated February 21, 2008; and directing the Clerk of Court to enter judgment in favor of plaintiffs in the total amount of $133,109.04 for delinquent contributions, $121,063.91 for interest, and $2,327.50 for attorneys' fees and costs; it is

       ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted in its entirety; and that judgment is hereby entered in favor of plaintiffs, Board of Trustees of the United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 W.B.P. & A. Funds, and against defendant, Ditmars Roofing & Sheetmetal Contractors, Inc., in the total amount of $133,109.04 for delinquent contributions, $121,063.91 for interest, and $2,327.50 for attorneys' fees and costs.

Dated: Brooklyn, New York
          March 26, 2008

                                                 s/ RCH
                                                ROBERT C. HEINEMANN
                                                Clerk of Court